IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BARRY EMMETT, 1383329, )<br>　　　Petitioner, )<br> )<br>v. )<br> )<br>WILLIAM STEPHENS, Director, TDCJ-CID, )<br>　　　Respondent. ) | No. 3:14-CV-445-O |

### ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. In his objections, Petitioner requested an additional 10 days to pay his filing fee. *See* ECF No 23. The Court notes that Petitioner received three notices of deficiency regarding his failure to pay the filing fee or file a motion to proceed *in forma pauperis*. Petitioner failed to comply with the Court's order. Accordingly, Petitioner's objections are overruled. The Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice** for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED** on this **2nd day** of **March, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE